PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MITCHELL SWANSON, <br><br> Defendant. | Case Nos. *5:21-po-00391-SAB* <br>       *5:21-po-00392-SAB* <br><br> MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AND TO VACATE TRIAL DATE |

    The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice, and vacate the trial date in this matter.

DATED:  August 24, 2022                             Respectfully submitted,

                                                                PHILLIP A. TALBERT
                                                                 United States Attorney

                                              By:    /s/ Jeffrey A. Spivak__
                                                      JEFFREY A. SPIVAK
                                                       Assistant U.S. Attorney

1

## **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice. The September 6, 2022 trial date in this case is hereby VACATED.

IT IS SO ORDERED.

Dated: __**August 24, 2022**__

UNITED STATES MAGISTRATE JUDGE